UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLIVER-VAUGHN DOUNCE AL DEY,

                        Plaintiff,

           -against-

EYE EXPRESS OPTICAL,

                      Defendant.

22-CV-3861 (LTS)

CIVIL JUDGMENT

For the reasons stated in the August 12, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    August 12, 2022
           New York, New York

                              /s/ Laura Taylor Swain
                             LAURA TAYLOR SWAIN
                  Chief United States District Judge